UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CODY BAKER; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>PATRICK S. SWEENEY,<br><br>    Objector - Appellant,<br><br> v.<br><br>YAHOO! INC.,<br><br>    Defendant - Appellee. | No. 16-16759<br><br>D.C. No. 5:13-cv-04980-LHK<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

  A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

  Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

  This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7